# Exhibit 2

Method Claim: 12

| US7552870 | Smartpress ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>Col 1: lines 6-10<br><br>*Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,* even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning points through referral and redeeming those points for purchasing customized booklets, apparels, etc.).<br><br>As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem points for purchasing customized booklets, apparels, etc. Further, it offers a 'Refer a Friend' program that allows members to earn bonus points by inviting friends to join the loyalty program. The member (referrer) earns 10,000 bonus points for each purchase the referred friend completes. The earned bonus points can be redeemed by the member for various rewards such as free customized apparels, etc.<br><br><br><br>https://smartpress.com/ |

*processing, among others.*

**Col 7: lines 59-67, Col 8: line 1**

*The Use Earned Balance (307) field is used by the System to determine whether any Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. In the case of 'First', any earned balance is used ahead of any cash*



https://smartpress.com/pages/refer-a-friend

## How do I earn points?

You earn points on every purchase (this does not include tax, shipping, postage and other fees). The amount of points you earn is based on your current Print Points tier. Tiers are assigned based on your purchase activity in the last 12 months. You can also earn points by referring friends to purchase with Smartpress.

https://smartpress.com/support/ordering-shipping/print-points-faq

| | |
|---|---|
| _balance available for the Network User Device (i.e. it is trading Network Resources)._ <br><br> **Col 8: lines 20-30** <br><br> _Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner. The Account Record may be owned by a registered Trading System User, a registered_ | #7 Stay on Budget With Our Rewards & Referral Program <br><br> Printing with Smartpress means you get not only custom printing services, but also rewarded for using them. It doesn't matter if you use us for short runs or we're your large-scale commercial printer, the rewards are the same (and really good). <br><br> With our Print Points Loyalty & Referral Program, you earn points on every Smartpress order, and those points turn into dollars off your future purchases. The more you spend, the faster you earn, and when you refer a friend who also makes a purchase, you automatically get 10,000 BONUS points (that's $100 off, BTW). <br><br> https://smartpress.com/blog/features/anything-but-ordinary-smartpress-top-9-online-printing-services |

| | |
|---|---|
| *Network Resource Access Gateway or a registered Network Device. For a Trading System User, <u>the Account Record may store either an Earned Balance</u> or a Cash Balance. <u>An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access</u> Gateway Operator.* | Printing your business and personal projects with Smartpress is already awesome. But we're making it even better with the launch of our NEW Print Points Loyalty & Referral Program. With this rewards program, you earn points on every single Smartpress purchase. And when you refer a friend, you get even more points. Then, simply cash in those points for dollars off your orders! Let's dig into the details.<br><br>https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program |

# Key Takeaways

- With Smartpress' Print Points program, you earn rewards for every dollar you spend on printing and bonus points for referrals. Points can be redeemed for dollars off future orders.

- The program features tiered membership levels – Cyan, Magenta, Yellow and Black – based on your annual spend, with each tier increasing your point-earning rate.

- You're automatically enrolled in Print Points when you register for an account. Redeeming points is easy during checkout, and your account dashboard tracks your balance, activity and tier status so you can maximize your savings all year long.

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

And if you really want to rack up the points, we give you a way to do that, too. How? Simply refer a friend to your favorite online printing shop (ahem, us) and if they make a purchase, we'll give you oodles of bonus points.

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

So how does Print Points do that? By being a rewards program that's also an incentive program. Print Points features four member tiers that determine the rate at which you earn points. You're assigned a tier based on your purchase history from the last 12 months, and as you spend more (or less), you get to jump to new tiers and new benefits:

**CYAN**

- Spend $0 – $999 annually
- Earn 1 point per dollar spent
- Refer a friend for 10,000 bonus points when they make a purchase
- Friend receives 15% off their first purchase

**YELLOW**

- Spend $5,000 – $9,999 annually
- Earn 5x the points per dollar spent
- Refer a friend for 10,000 bonus points when they make a purchase
- Friend receives 15% off their first purchase

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

**MAGENTA**

- Spend $1,000 – $4,999 annually
- Earn 2x the points per dollar spent
- Refer a friend for 10,000 bonus points when they make a purchase
- Friend receives 15% off their first purchase

**BLACK**

- Spend $10,000 or more annually
- Earn 10x the points per dollar spent
- Refer a friend for 10,000 bonus points when they make a purchase
- Friend receives 15% off their first purchase

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program



https://smartpress.com/pages/print-points

## How to Redeem Print Points

The best part of any loyalty program? Redeeming your points, of course. For Print Points, that means turning your points earned into cash you can use on any and all Smartpress purchases.

Once you've added your products or online printing services to your cart, you can view your points balance and apply them to your purchase during checkout. And don't worry, redeeming your points will result in a reduction of your Print Points balance but doesn't change the tier you're in.

"Our account dashboard makes it easy for customers to track their balance, referral activity and progress toward the next tier," said Breiter. "From day one, everyone has the ability to build their rewards balance, level up to the next tier and apply their savings toward future orders."

As you make purchases throughout the year, be sure to keep an eye on your balance – your points expire one year after your last order. So as long as you make a purchase at least once every 12 months (or refer someone who then makes a purchase with Smartpress), your points are safe and ready to be redeemed when you are.

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

You can redeem Print Points on any Smartpress purchase. Redeeming them for dollars off your next purchase is easy. Here's how:

- Add your next print project to your cart.
- Once you've signed in, you'll see your Print Points balance on the upper right side.
- Using the blue bar, you can slide to the number of points you want to redeem (you'll see the dollar value change underneath it as you slide back and forth).
- Then simply click Apply to see your order total reflect the points you redeemed, and click Checkout.

https://smartpress.com/support/ordering-shipping/print-points-faq

Print Points – Referrals

You can also earn Print Points by making a referral.

When you refer someone to Smartpress and that person makes a Purchase using the referral promo code, you will then earn 10,000 Print Points after the order ships. The person you refer receives a 15% discount on their Purchase.

To refer someone to Smartpress, you enter that person's email address into the "Refer a Friend" widget that lives on both the Print Points landing page and within your Print Points account dashboard.

https://smartpress.com/support/terms-and-conditions

If you have referred someone to Smartpress, then you have 12 months from the date of the referral Purchase to use the referral Print Points. Purchases made by the person you have referred to Smartpress do not count toward determining your Program Tier.

Example 6: You have 500 Print Points and are at the Cyan Tier. You make a referral and that person makes a Purchase for $2,000. They pay us $1,700 for the order, after applying the 15% discount. After the order ships, you will earn 2,000 Print Points and are at the Cyan Tier. The person you referred will be at the Magenta Tier and will have 1,700 Print Points. You will still be at the Cyan Tier level since that is based on your personal purchasing history.

Referrals are subject to verification and they must be a new customer to Smartpress. Smartpress may withhold the offer for a referral where it deems a customer has referred a customer under fraudulent or suspicious circumstances and/or are in violation of these Program Terms.

https://smartpress.com/support/terms-and-conditions

As shown below, the accused instrumentality allows the member to view the earned points.



https://www.youtube.com/watch?v=YXrzil66U3k

| | |
|---|---|
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said | The accused instrumentality practices applying network usage credits (e.g., crediting bonus points to the member's account) to a user (e.g., a referrer i.e., an existing member of the loyalty program) of having an account (e.g., a member account) for accumulating credits (e.g., crediting bonus points to the member's account) based upon usage (e.g., purchasing customized apparel, etc.) by at least one third party (e.g., a referred friend) of a first network resource (e.g., using a referral link of a referrer for purchasing an apparel purchase, etc.) operated by said user (e.g., signing up via the referrer link). |
| | As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem points for purchasing customized booklets, apparels, etc. Further, it offers a 'Refer a Friend' program that allows members to earn bonus points by inviting friends to join |

| | |
|---|---|
| user;<br><br>**Col 14: lines 43-51**<br><br>*A central element of the invention is allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway. In this embodiment of* | the loyalty program. The referred friend needs to sign up via the invite link sent by the member to earn points. Thus, the member (e.g., a user) earns 10,000 bonus points (e.g., network usage credits) for each purchase the referred friend (e.g., a third party) completes.<br><br><br><br>https://smartpress.com/pages/refer-a-friend |

| | |
|---|---|
| *the invention, which provides broad flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.* | **#7 Stay on Budget With Our Rewards & Referral Program**<br><br>Printing with Smartpress means you get not only custom printing services, but also rewarded for using them. It doesn't matter if you use us for short runs or we're your large-scale commercial printer, the rewards are the same (and really good).<br><br>With our Print Points Loyalty & Referral Program, you earn points on every Smartpress order, and those points turn into dollars off your future purchases. The more you spend, the faster you earn, and when you refer a friend who also makes a purchase, you automatically get 10,000 BONUS points (that's $100 off, BTW).<br><br>https://smartpress.com/blog/features/anything-but-ordinary-smartpress-top-9-online-printing-services |

And if you really want to rack up the points, we give you a way to do that, too. How? Simply refer a friend to your favorite online printing shop (ahem, us) and if they make a purchase, we'll give you oodles of bonus points.

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

So how does Print Points do that? By being a rewards program that's also an incentive program. Print Points features four member tiers that determine the rate at which you earn points. You're assigned a tier based on your purchase history from the last 12 months, and as you spend more (or less), you get to jump to new tiers and new benefits:

**CYAN**

- Spend $0 – $999 annually
- Earn 1 point per dollar spent
- Refer a friend for 10,000 bonus points when they make a purchase
- Friend receives 15% off their first purchase

**YELLOW**

- Spend $5,000 – $9,999 annually
- Earn 5x the points per dollar spent
- Refer a friend for 10,000 bonus points when they make a purchase
- Friend receives 15% off their first purchase

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

**MAGENTA**

- Spend $1,000 – $4,999 annually
- Earn 2x the points per dollar spent
- Refer a friend for 10,000 bonus points when they make a purchase
- Friend receives 15% off their first purchase

**BLACK**

- Spend $10,000 or more annually
- Earn 10x the points per dollar spent
- Refer a friend for 10,000 bonus points when they make a purchase
- Friend receives 15% off their first purchase

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

Print Points – Referrals

You can also earn Print Points by making a referral.

When you refer someone to Smartpress and that person makes a Purchase using the referral promo code, you will then earn 10,000 Print Points after the order ships. The person you refer receives a 15% discount on their Purchase.

To refer someone to Smartpress, you enter that person's email address into the "Refer a Friend" widget that lives on both the Print Points landing page and within your Print Points account dashboard.

https://smartpress.com/support/terms-and-conditions

If you have referred someone to Smartpress, then you have 12 months from the date of the referral Purchase to use the referral Print Points. Purchases made by the person you have referred to Smartpress do not count toward determining your Program Tier.

Example 6: You have 500 Print Points and are at the Cyan Tier. You make a referral and that person makes a Purchase for $2,000. They pay us $1,700 for the order, after applying the 15% discount. After the order ships, you will earn 2,000 Print Points and are at the Cyan Tier. The person you referred will be at the Magenta Tier and will have 1,700 Print Points. You will still be at the Cyan Tier level since that is based on your personal purchasing history.

accumulating credits based upon usage by at least one third party of a first network resource

Referrals are subject to verification and they must be a new customer to Smartpress. Smartpress may withhold the offer for a referral where it deems a customer has referred a customer under fraudulent or suspicious circumstances and/or are in violation of these Program Terms.

https://smartpress.com/support/terms-and-conditions

As shown below, the accused instrumentality allows the member to view the earned points (e.g., network usage credits).



https://www.youtube.com/watch?v=YXrzil66U3k



https://www.youtube.com/watch?v=GiFWSNDgJ0c

| substantially immediately processing a request by said user for usage of a second network resource operated | The accused instrumentality practices substantially immediately processing a request (e.g., a request for purchasing a customized apparel, etc.) by said user (e.g., a referrer i.e., an existing member of the loyalty program) for usage (e.g., purchasing an apparel) of a second network resource (e.g., another product such as apparels, bags, drinkware, etc.) operated by a fourth party (e.g., another vendor where the member redeems their points, service provider, etc.) and allowing access to said second network resource (e.g., another product such as apparels, bags, drinkware, etc.) if said user (e.g., a referrer i.e., an existing member of the loyalty program) has |

| | |
|---|---|
| by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system.<br><br>**Col 17: lines 3-11**<br><br>*The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to* | at least a predetermined amount of said network usage credits (e.g., required points to purchase apparels, bags, etc.) wherein said first (e.g., a product purchased by referred friend) and second resources (e.g., another product where the member redeems their points, etc.) have a registered resource sharing arrangement (e.g., agreement between the participating vendors) in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality provides a loyalty program that allows members to earn and redeem points for purchasing customized booklets, apparels, etc. Further, it offers a 'Refer a Friend' program that allows members to earn bonus points by inviting friends to join the loyalty program. The member (e.g., a user) earns 10,000 bonus points for each purchase the referred friend completes. The earned bonus points can be redeemed by the member (e.g., a user) for various rewards such as free customized apparels, etc. (e.g., a second network resource).<br><br>When the member requests to purchase a product such as an apparel, etc. the system checks their earned points balance to determine if the member is eligible for a purchasing the product. Also, it allows members (e.g., a user) to redeem points for purchasing apparels, drinkware, bags, etc. (e.g., a second network resource) provided by vendors (e.g., a fourth party). Thus, the accused instrumentality shares an agreement wherein the points can be earned and redeemed for all participating vendor products. |

| | |
|---|---|
| *reserve for the remaining required period of Network Resource authorization.* If the Balance (403C) is not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced Authorization Period must be calculated as follows:<br><br>**Col 17: lines 20-23**<br><br>*Alternatively, if* | <br><br>https://smartpress.com/pages/refer-a-friend |

*there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C) and added* to the Total Credit Reservations (405C) for the Account.

## #7 Stay on Budget With Our Rewards & Referral Program

Printing with Smartpress means you get not only custom printing services, but also rewarded for using them. It doesn't matter if you use us for short runs or we're your large-scale commercial printer, the rewards are the same (and really good).

With our Print Points Loyalty & Referral Program, you earn points on every Smartpress order, and those points turn into dollars off your future purchases. The more you spend, the faster you earn, and when you refer a friend who also makes a purchase, you automatically get 10,000 BONUS points (that's $100 off, BTW).

https://smartpress.com/blog/features/anything-but-ordinary-smartpress-top-9-online-printing-services

Printing your business and personal projects with Smartpress is already awesome. But we're making it even better with the launch of our NEW Print Points Loyalty & Referral Program. With this rewards program, you earn points on every single Smartpress purchase. And when you refer a friend, you get even more points. Then, simply cash in those points for dollars off your orders! Let's dig into the details.

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

As shown below, the accused instrumentality allows users to redeem earned points (e.g., network usage credits).



https://smartpress.com/pages/print-points

## How to Redeem Print Points

The best part of any loyalty program? Redeeming your points, of course. For Print Points, that means turning your points earned into cash you can use on any and all Smartpress purchases.

Once you've added your products or online printing services to your cart, you can view your points balance and apply them to your purchase during checkout. And don't worry, redeeming your points will result in a reduction of your Print Points balance but doesn't change the tier you're in.

"Our account dashboard makes it easy for customers to track their balance, referral activity and progress toward the next tier," said Breiter. "From day one, everyone has the ability to build their rewards balance, level up to the next tier and apply their savings toward future orders."

As you make purchases throughout the year, be sure to keep an eye on your balance – your points expire one year after your last order. So as long as you make a purchase at least once every 12 months (or refer someone who then makes a purchase with Smartpress), your points are safe and ready to be redeemed when you are.

https://smartpress.com/blog/features/print-points-smartpress-new-loyalty-referral-program

You can redeem Print Points on any Smartpress purchase. Redeeming them for dollars off your next purchase is easy. Here's how:

- Add your next print project to your cart.

- Once you've signed in, you'll see your Print Points balance on the upper right side.

- Using the blue bar, you can slide to the number of points you want to redeem (you'll see the dollar value change underneath it as you slide back and forth).

- Then simply click Apply to see your order total reflect the points you redeemed, and click Checkout.

https://smartpress.com/support/ordering-shipping/print-points-faq

As shown below, an existing member has earned 2,500 points. When the member requests to purchase a product, it displays points available for redeeming. When the system determines that the member has the required points in their account, it allows the member to redeem the points and complete the purchase. For example, the member can redeem their earned points (e.g., network usage credits) to purchase a Carhartt Watch Cap 2.0 Knit Beanie (e.g., a second network resource) provided by a vendor such as Carhartt (e.g., a fourth party).



https://smartpress.com/



https://www.youtube.com/watch?v=wGA8x2crRdM

As shown below, the member can redeem their earned points (e.g., network usage credits) for purchasing product such as Carhartt Watch Cap 2.0 Knit Beanie (e.g., a second network resource) provided by a vendor i.e. Carhartt (e.g., a fourth party).



https://smartpress.com/order/cart



Booklets    Marketing Essentials    Brochures    Business Cards    Cards & Invitations    Business Essentials    Signs, Banners & Displays    Promo & Apparel    Direct Mail

PRINT POINTS:  2500 AVAILABLE

**1500** ⊘ POINTS APPLIED

REMOVE

< Continue Shopping

| SHOPPING CART | | QUANTITY | PRICE |
| --- | --- | --- | --- |
| 🖉 Carhartt® Watch Cap 2.0 Knit Beanie<br>[ CARHARTT® WATCH CAP 2.0 KNIT BEANIE ]<br>🔧 configuration    📄 duplicate    ♡ save for later | ADD FILE[S] | 12 | $365.43 |

ⓘ CART ITEM NEEDS PRINT FILES: **Carhartt® Watch Cap 2.0 Knit Beanie**

PROMO CODE

APPLY

SUBTOTAL:                        $365.43

PRINT POINTS                    - $15.00
DISCOUNT:

**ESTIMATE DELIVERY:**            $- -

**SALES TAX:**                    $- -

https://smartpress.com/order/cart